AO 442 (Rev 11/11) Arrest Warrant

FID 11221295

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC PM1:20
RECEIVED JAN 7 '21

for the

District of Columbia

United States of America
v.
MARK LEFFINGWELL

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00007
Assigned to: Judge G. Michael Harvey
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MARK LEFFINGWELL                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 115 (a)(1)(A)- Assault on a Federal Law Enforcement Officer

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/07/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.01.07 12:51:23 -05'00'

City and state:     Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/7/2021, and the person was ~~arrested~~ Received on *(date)* 1/7/2021 at *(city and state)* Washington DC. |
| Date: 1/7/2021     ~~Arresting~~ Receiving officer's signature     Christopher Schuessler, DUSM     *Printed name and title* |