==================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF COLUMBIA -------

**APPEARANCE PRAECIPE**

UNITED STATES OF AMERICA

v.                                                                    CASE NO. : 21-05 ABJ

Mark Jefferson Leffingwell

\* \* \* \* \* \*

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as CJA counsel in this case for  Mark Jefferson Leffingwell
I certify that I am admitted to practice in this court.

                                         January 13, 2021

                                         /s/
                           Mark J. Carroll, Esquire  # 414-619
                           9520 Reach Road
                           Potomac, Md. 20854
                           301-762-6453
                           301-762-6454 (fax)
                           443-421-3475 (cell)
                           markjcarroll@hotmail.com