# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-cr-5 (ABJ) |
| MARK JEFFERSON LEFFINGWELL, | |
| Defendant. | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are three digital videos that are exhibits 1 through 3 to the government's Sentencing Memorandum. The government has no objection to the public release of these exhibits.

| Exhibit | Content | Length | Date/Time | Source |
|---|---|---|---|---|
| 1 | Excerpt of Capitol CCTV | 5:09 | 1/6/21 at 4:10 P.M. | Capitol Security Video |
| 2 | Annotated Capitol CCTV Excerpt | 2:31 | 1/6/21 at 4:10 P.M. | Capitol Security Video |
| 3 | Annotated Excerpt of MPD Officer Body-Worn Camera | 2:22 | 1/6/21 at 4:10 P.M. | MPD Body-Worn Camera Footage |

These exhibits were provided to Defense Counsel via USAfx on January 21, 2022 and to this Court on January 27, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/Christopher A. Berridge*
Christopher A. Berridge
GA Bar No. 829103
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Christopher.Berridge@usdoj.gov