UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-5 (ABJ) |
| MARK LEFFINGWELL, : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christopher A. Berridge, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/Christopher A. Berridge
Christopher A. Berridge
GA Bar No. 829103
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Christopher.Berridge@usdoj.gov