Dec 11 2021

To Whoever this Concerns!

Mark Leffingwell is a good person.

Mark went to war for our government, for our freedom, He was brave to do this. Mark became badly injured protecting our freedom.

My neighbor, Mark Leffingwell with his wife & 2 children for many years.

He has always been a good neighbor, willing to help with anything, even with his disabilities Mark helped fix the back fence, lifting items & helping get bark & soil for me, He helped with a cover for my car, even tho he had a hard time standing & balance. He is always willing.

He always speaks kindly about everyone. He is a good family man.

✱ Mark has really suffered lately with worry! I can see he is sorry for getting involved. Mark is always doing projects for his kids, positive things in their lives.

He has said, "anytime my wife & I need help, call."

Mark is honest & a good American in my opinion.

P.S. Mark needs all our help. New

12/13/2021

To the Honorable Judge Berman-Jackson:

Mark Leffingwell has been a good friend of mine since I hired his wife, Julie, almost 20 years ago. Julie and I became friends right away. Mark and Julie came to our home many times. When I became a stay-at-home mother in 2004, we were all still close friends. For a while I babysat their two boys a couple days a week. We moved to California in 2010. We kept in touch while in California.

Mark's boys exemplify what a good influence Mark is on them. They are such gentlemen even at a young age. Like their father, they are very respectful when speaking to anyone. I would trust Mark with any of my children. I have never seen him get upset with anyone or talk down to them. Mark was always very thoughtful and polite. Whenever he heard we needed help doing something, he would offer to come help us. He is a very hard worker and enjoys helping others.

Mark was in the Army reserves. During the war he was gone for months at a time. He saw a lot of violence there, and it made him sad. He was still friendly and kind to everyone though.

When I heard that Mark was involved on January 6th at the White House, I was utterly shocked. I was sure it was another person with the same name. I cannot imagine Mark ever getting violent with anyone. I can only think that he was caught up in the moment. It is so uncharacteristic of him. I consider him a model citizen except for that day. I still consider him a wonderful friend.

Sincerely,

To: Judge Berman-Jackson

Our family knows Mark and Julie Leffingwell for about 11 years. Our children attended Our Lady of the Lake School (pre-K to 8th grade) in Seattle. Their older son and our son attended the same class for 9 years. We have participated together in many school and church gatherings, in many parents' meetings, and shared the enjoyment of our boy's birthdays parties. We know Mark as a caring husband and father. We know him as hard-working man, with an amazing dedication to his boys. Our sons know him as a man of many family projects, and a kind and friendly father.

My husband remembers the first time he met Mark in his soldier uniform for a veteran's day assembly, when he was at school and talked to the students about his service and his love to our country.

Mark's knowledge about the history of America as well as the history of the world makes a conversation with Mark not only interesting, but also unforgettable.

He always presents himself as a humble man, who by serving his country in the army for many years never regretted his sacrifices. His wife Julie, for those years when Mark served actively in the army, was the only one who took care of their boys. Mark served in the USA and abroad. Mark's love for the United States is contagious... speaking with Mark we all learn how important it is for him and for us to cherish and guard the freedom for which so many of our countrymen gave their lives. We were also very much impressed by his love for his family.

We are born in Poland. The struggle for freedom is not unknown to us. It is a true honor and privilege for us to know Mark and his wife. He always presented himself as someone who will protect and care for the other. Therefore, we know that if we will need help, they will be there for our family.

Marian loves to talk with Mark. They share interest in so many similar subjects. Our boys enjoy visiting the Leffingwell's home and make memories and love to play together, joke by the fire pit during Halloween with Mark and his boys. Julie and Mark are our dear friends, and we hope this friendship will continue thru the years.

Dec. 27. 2001

12/28/21 2:54 PM

TO: Judge Berman-Jackson
RE: Mark Leffingwell

I've known Mark for about 10 years. I originally met him when he helped me on some construction projects. He was a hard worker. He always came to work on time. He was a very pleasant person and I always enjoyed being with him.

It is hard for me to understand his alleged actions in D.C on January 6, 2021. I have a hard time believing that such a nice and gentle person could be involved in the mob violence that occurred on that day.
I would be happy to answer further questions about him.

December 30, 2021

Judge Amy Berman Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge Berman Jackson,

I met Mark Leffingwell in 1993 in a nondescript office on the Microsoft corporate campus in Redmond, Washington. Among a sea of people and desks, he stood out as the most helpful and supportive co-worker at the facility. I was the new guy and Mark answered questions, patiently, trained me, and offered constructive criticism.

Later, I worked with Mark at a high-tech sales operation in downtown Seattle. I hired new employees. When potential employees inquired about my expectations, I simply asked that they spend ten to fifteen minutes sitting next to Mark. Our best employees learned next to him. He simply worked hard, showed up on time and was the cog that ignited the outside sales force.

Mark has served his country on multiple continents. His last stint in the service included leaving his two young boys at home with their mother while he was called into service via the National Guard. His courage in the face of battle, and his return home to serve as a responsible husband and father to two beautiful boys, has been a model to those of us who have known Mark for years.

Mark has been a wonderful son to his ailing mother and a remarkable father. He assists people in his community, is respectful at church and spends time listening to problems among friends and family. In short, he is a model citizen.

Mark has suffered from this incident in Washington DC and I find his personal strength and optimism important as his sons evolve from teenagers to young men. They are poised to learn from his mistakes and find truth in his wisdom. Suffering is a relative term, but emotional trauma is the worst kind, and I hope Mark's family will not experience time away from their loved one.

Sincerely,

The Honorable Amy Berman Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

December 29, 2021

Dear Judge Berman Jackson,

This letter is being written on the behalf of my nephew, Mark J. Leffingwell, who is scheduled to be sentenced for his actions at the Capital in Washington D.C. on January 6, 2021. It is my hope that in this letter I can present you with some significant mitigating factors and circumstances that will justify clemency in Mark's case.

I have known Mark Leffingwell from birth. ⎯⎯⎯⎯ Although we have often lived a considerable distance from one another, ⎯⎯⎯ and I have kept close and I have been able to have a strong and loving relationship with my nephews as they were growing up. These relationships turned into good friendships as they became adults. My wife and I attended their weddings and we have made certain that their children, my ⎯⎯⎯'s grandchildren, know that they have relatives in Alabama who care about them. In the past, Mark and his family have vacationed at my home. I last saw Mark when I last visited Seattle in 2017. I have spoken with Mark on the phone twice since January 6, 2021. I want you to be aware that, although we have never actually lived close to each other, I know Mark Leffingwell quite well.

As a college professor for thirty-nine years and a department chair for fourteen years, I believe I have acquired the ability to be a good judge of character. Mark is an honest person. He is sincere, free from pretension or calculation. I have never known him to be misleading. I⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Mark is a good person. By this, I mean that Mark has a strong moral compass. He wants to do what is right. With these traits, he should be a model citizen ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯. In today's environment of unfiltered social media, he is an easy target for misinformation. Except for a little debating several years ago over the merits of solar energy, Mark and I generally do not discuss politics or world issues. I did not realize how harmful to him and others, Mark's political beliefs could be. I probably could not have done anything about it if I did.

.. He graduated from college, married and had a family. Mark is a very strong person and he drew on his inner strength to achieve these milestones.

.. He first was in the Marine Corp and then later, after September 11, 2001, he joined the Army and saw action in Iraq                                                                                    I extremely doubt that work ethic is his problem.                                                                        . Mark always wants to have a job to support his family because he believes this is the right thing to do and the right way to live.

He made a huge mistake last January 6 when he entered the Capital Building. He knows this. I cannot see that spending time in prison will possibly do any personal good for Mark. He does not need reforming; he is basically a good, honest person. Time in prison might actually hurt his character. Prison time will certainly harm his wife and two sons. It will harm them financially, socially and probably psychologically. Whether Mark receiving a prison sentence will in some way be helpful to our society is, for me, an open question. Perhaps it would deter other people from breaking the law, but I really doubt it. In my opinion, the best resolution all around for Mark's case would be for him to do an extended term of public service to pay his debt to society. You and others are in a better position than I am to know of suitable public service programs.

This is a difficult and complex matter. For the reasons I have cited above, I hope you will find that the best course is to have leniency in the case of Mark Leffingwell. Thank you for your time spent reading and considering this letter.

Very truly yours,

January 2, 2022

Honorable Judge Berman-Jackson
Judge of the United States District Court for the District of Columbia
333 Constitution Avenue, N.W., Washington, D.C.

Subject: Character Reference for Mark Leffingwell

Dear Honorable Judge Berman-Jackson,

\_\_\_\_\_, and I am the director of development for a franchise business headquartered in Monroe, WA. I am also a neighbor and friend of Mark, Julie his wife, Noah (15), and Nick (13), his two sons. I am writing this letter for Mark Leffingwell regarding his character.

I am very aware of the charges that he is facing and the possible consequences of his actions at the US Capitol on January 6, 2021.

\_\_\_\_\_. To hopefully aid in making your decision accordingly.

Missalee, my wife, and Andrew (14), my son, have been neighbors and friends of the Leffingwell family for over ten years. Our sons have grown up together, played sports together, have gone to the same elementary and middle school at Our Lady of the Lake and now Bishop Blanchett high school. Through it all, I've seen Mark attending and supporting his son's sports activities, after school programs, and volunteer parent hours at Our Lady of the Lake school. I know Mark has been very involved in helping to maintain our church landscaping whether that was adding mulch or pulling weeds. During the winter I have also seen him shoveling snow from the sidewalks. In our neighborhood, he is the neighbor that will go out of his way to help others with junk removal, building forts, removing damaged trees, and building fences for others. In short, he is just a good guy with a good heart.

\_\_\_\_\_. I have also witnessed how different he responds to a one-on-one conversation and being in a crowd where he tends to be a much more uncomfortable. One year I invited him to a concert, and we left a half hour into it due to him feeling "on edge" because of the noise and number of people around him.

I believe Mark's potential incarceration will negatively impact his mental health in addition to his family, financially and in terms of growth and stability. I know Mark deeply regrets his actions that have led to this and will strive to make amends.

Respectfully,

January 3, 2022

Judge Amy Berman Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge Berman Jackson,

I have known Mark J. Leffingwell for over a decade. He and his wife have been supportive friends, and a model for their Seattle community in respect to neighborhood assistance. Mark often assists those in need, especially retired Americans who require help with an outdoor project, or suffer from a health emergency.

Mark is extremely loyal. When I lived in Seattle, he was always happy to help with a project, or an errand. He might have set a local record for taking people to the airport or helping them move.

Mark also spends an inordinate amount of time with his family, helping his sons with their homework, attending their volleyball games and spending time with them on weekends. He has always been an active parent who has always been drawing the boys away from another screen. At the ages of 13 and 15 his sons need their father's advice and discipline more than ever. It was hard for the boys when he was oversees serving his military duty. He answered the call and sacrificed his time and his body as a loyal soldier.

I understand the laws of our nation must be respected. However, Mark has contributed so much to this Country that I hope the court recognizes. There were numerous protests over the last year as emotions ran high on all sides across all races, genders, parties and aisles, there were many mistakes, by many people. I know that many of those involved in street conflicts over the years that have resulted in suspended sentences and community service rather than intense prison time. We are a nation that has allowed for mistakes and I hope the court takes this into consideration.

Mark Leffingwell, veteran, working man and father, will be more beneficial to society doing what he does best: working every day and supporting his family. Mark's wife and sons do not deserve the sufferings of lengthy prison time over an awkward mistake in a crazy time.

Sincerely,

January 4, 2022

The Honorable Amy Berman Jackson
United States District Court Judge
for the District of Columbia

Regarding: United States v. Mark Leffingwell

Dear Judge Berman Jackson,

I have known Mark Leffingwell since the sandbox—over 40 years—and his mother is my godmother. I am sure Mark knows at this point that what happened on January 6th shouldn't have happened. And as his "brother" I wish it hadn't happened either. But I can assure you that he is not a bad person and as a Marine, as I am, he remains *semper fidelis* to our country as well as to his family and friends. Given the brain injury sustained in service to his country and the huge amount of circulating misinformation I'm sure he felt at the time that he *was* doing the *right* thing, but certainly realizes his error now. I've seen nothing in the decades I've known Mark that would lead me to believe that he would intentionally commit a crime.

Thank you, your honor, for taking my thoughts into consideration in Mark's sentencing.

Respectfully,

01/05/22

To whom it may concern:

My name is _____. I'm writing this letter in support to Mark Leffingwell's upcoming court hearing.

I've known Mark for about 6 years. We met through my boss. Mark came off as carefree, friendly, and greeted everybody every time he came around. Over the years mark has become a close friend of mine. He has become someone I talk to on a regular basis and confide in when I am going through hard times. Since the capitol incident, Mark has stayed out of trouble and kept busy with work and supported his family. I believe Mark made a bad judgement call in which everyone does at some point in their lifetime. Based on Mark's character, I was surprised to hear what had happened. He has proven to be a good friend and person by helping me with favors when I needed help. He is a joy to be around, and friendly demeanor makes you want to befriend him. I'm proud to know Mark and will continue to be a supportive friend. I will be a supportive friend for Mark and be some one he can call on when he needs me.

Sincerely,

Judge Berman Jackson
Re: Mark J. Leffingwell

January 8, 2022

Judge Berman-Jackson
Attention: Mark J. Carroll
Attorney at Law

Re: Character Reference Letter- Mark J. Leffingwell

Dear Judge Berman-Jackson,

 My name is ~~~~~. I have been requested to provide a character reference for my brother Mark Leffingwell prior to his sentencing for the incident he was involved in on January 6, 2021. I have been a firefighter for the city of Seattle for 25 years, working closely with members of law enforcement in the Seattle area. I was disgusted to learn that Mark had struck a police officer at the Capitol. My brother and I were raised by two loving parents who instilled in us some ideals that have guided us throughout our lives. The have pushed the principles of hard work, service for country and family. Mark has lived his life following these tenets and was misguided on January 6th.

 Mark has always been driven to work hard in whatever endeavor he engages in. He served in the Marines for 4 years after high-school and received an honorable discharge at the conclusion of his service. He then went on to receive a degree from the University of Washington. Academics have never come naturally to Mark, but his hard work and perseverance carried him through to receive his degree. He has been drawn to the construction trade. Where his strong work ethic has made him an asset on many jobsites. Mark joined the National Guard in 2005 and served through 2009. During his time in serving in Iraq he was exposed to many loud explosions, and he has a documented mental disability from this.

 Our parents have always conveyed a strong love of country into my brother and I, which I believe had an impact in our choices of lives centered on serving our communities and country. Mark was proud of his military service and would not complain about his time in the military~~~~~ He was an easy target for the misguided individuals who were behind the January 6th insurrection. He made a mistake in

Judge Berman Jackson
Re: Mark J. Leffingwell

travelling to the Capitol that day. He has lost some ability to control his emotions, and that played a role in his deplorable actions on that day.

Family is so important to Mark. He has been married for 20 years and has 2 amazing young sons that he adores. ▮

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. They attend church together weekly. He assists them with their school projects involving any tools or handy skills which are Mark's strength. Their family unit works well relying on the strengths of some of the individuals to cover for the weaknesses of others. If Mark were to be absent for an extended amount of time it would be a serious blow to the family while the boys are just entering high school.

As embarrassed as I am of the actions of my brother on January 6th, 2020. I can still say he has a good heart. ▬▬▬▬▬▬▬▬ and misguided patriotism contributed to his actions on that day. I hope that the court will show some leniency to him given his legacy of service to the country ▬▬▬▬▬▬▬▬▬▬

Sincerely,